UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

*FILED IN THE UNITED STATES BANKRUPTCY COURT*
*2012 MAR 14 AM 11:09*
*DISTRICT OF UTAH*
*MAIL*

In re: Pearl Sanchez

Debtor(s).

Case No. 07-26047

Chapter 13

## APPLICATION FOR UNCLAIMED FUNDS

___PNC Mortgage___ hereby petitions the Court for $ __633.16__ being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds. Petitioner certifies that petitioner is either a debtor or a creditor in the above referenced bankruptcy proceeding and the unclaimed funds are lawfully due to petitioner. The petitioner did not receive the dividend check in the above case for the following reason:

___Trustee office sent funds to court registry___

The petitioner's current mailing address is:
___PNC Mortgage - Attn: Bankruptcy Department___
___3232 Newmark Drive___
___Miamisburg, OH 45342___

I/We hereby certify that on __3-12-12__ I/we mailed a true and correct copy of this application for unclaimed funds to the United States Attorney at 185 South State Street, Suite 400, Salt Lake City, Utah 84111.

Dated: __3-12-12__

_____
Petitioner

_____
Co-Petitioner (if applicable)

A COPY OF A PHOTO IDENTIFICATION CARD SHOWING PETITIONER'S SIGNATURE IS REQUIRED.
PLEASE REDACT ANY SENSITIVE INFORMATION BEFORE ATTACHING THE EXHIBIT TO THIS APPLICATION