**United States Bankruptcy Court**
**District of Utah**
Frank E. Moss United States Courthouse
Room 301
350 South Main Street
Salt Lake City, UT 84101

Deneen Nunn                                                    Telephone:
Financial Department                                          (801) 524-6682

March 15,  2012

PNC Mortgage
Attn: Bankruptcy Department
3232 Newark Drive
Miamisburg, OH 45342

Re: **Unclaimed funds Request for Case # 07-26047 (Pearl Sanchez)**

To Whom it May Concern:

I am in receipt of your request for unclaimed funds in the above-referenced case.

We have a new Unclaimed Funds motion and order on our website that we would like you to
use.  A copy has been enclosed for your convenience.  We also need the W9 form filled out
to put in out system to pay your claim.  Please do not redact anything on your drivers licence.
It and your W9 form will be put in a place on the docket sheet where the public will not be
able to see it.

If you have any questions, please call me at 801-524-6682.

Sincerely yours,

*Deneen Nunn*

Deneen Nunn
Financial Department